# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH TULL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 10-629 (RJL) |
| | ) | |
| OFFICE OF THE ARCHITECT OF THE CAPITOL, | ) | |
| | ) | |
| STEPHEN AYERS, the Architect of the Capitol, in his personal capacity, | ) | |
| | ) | |
| REBECCA TISCIONE, a retired employee of the Architect of the Capitol, in her personal capacity, | ) | |
| | ) | |
| EVELYN GOODWIN, an employee of the Architect of the Capitol, in her personal capacity, | ) | |
| | ) | |
| TONDA CAVE, an employee of the Architect of the Capitol, in her personal capacity, | ) | |
| | ) | |
| EDGARD MARTINEZ, an employee of the Architect of the Capitol, in his personal capacity, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WILLIAM MILLER, an employee of the Architect of the Capitol, in his personal capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 23rd day of August, 2011, hereby

**ORDERED** that the defendants' Motion to Dismiss [#8] is **GRANTED**; it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge